No. 676. SERVE YOURSELF GASOLINE STATIONS ASSOCIATION, INC. ET AL. *v.* BROCK, DIRECTOR OF THE DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. Appeal from the Supreme Court of California; and

No. 757. DELAY ET AL. *v.* CALIFORNIA. Appeal from the Superior Court in and for the County of Los Angeles, California. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for the want of a substantial federal question. *Edward S. Shattuck* for appellants. *Edmund G. Brown,* Attorney General of California, and *Frank J. Mackin,* Assistant Attorney General, for appellees. *John F. Hassler,* Deputy Attorney General, was also of counsel for appellees in No. 676.

No. 800. DART TRANSIT CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL. Appeal from the United States District Court for the District of Minnesota. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted and the case set down for oral argument. *Lee Loevinger* and *David W. Louisell* for appellant. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.